IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:12-cr-04044-FJG-4 |
| ) | |
| FROYLAN PEDROZA-GUADARRAMA, ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #179 filed on November 25, 2013), to which no objection has been filed, the plea of guilty to Count Two of the Indictment which was filed on June 27, 2012, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

     /s/ *Fernando J. Gaitan, Jr.*
     Fernando J. Gaitan, Jr.
     Chief United States District Judge

Dated: December 17, 2013
Kansas City, Missouri